**FREEBURG & GRANIERI, APC**
Gregory S. Freeburg (State Bar No. 275449)
 greg@fgfirm.law
Christy W. Granieri (State Bar No. 266392)
 christy@fgfirm.law
Allan P. Bareng (State Bar No. 237464)
 allan@fgfirm.law
76 N. Fair Oaks Ave
Pasadena, CA 91103
Telephone: (626) 486-9082

Attorneys for Plaintiff
Karima Bouchebaba

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA BOUCHEBABA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BIO-MEDICAL APPLICATIONS OF CALIFORNIA, INC., a corporation; EMMA GARCIA, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | **Case No. CV 24-9106-GW-AJRx**<br>[Assigned to Hon. George H. Wu]<br><br>**ORDER ON STIPULATION TO REMAND REMOVED ACTION**<br><br>Complaint Filed: September 23, 2024<br>Trial Date: Not Assigned |

# ORDER

The Court, having read and considered the parties' Stipulation to Remand, and for good cause shown, hereby **ORDERS** as follows:

1. The Parties' stipulation is **GRANTED.**

2. Central District of California case number 2:24-cv-09106 GW(AJRx) styled *Karima Bouchebaba v. Bio-Medical Applications of California, Inc., et al.* is hereby **REMANDED** to Los Angeles County Superior Court.

3. All deadlines, hearings and other dates in case number 2:24-cv-09106 GW(AJRx) are **VACATED**.

Dated: November 22, 2024

_____
HON. GEORGE H. WU,
United States District Judge